IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRN Payment Systems, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 CV 0141 |
| | ) | |
| Direct Furniture, LLC; Brian W. Weiner; | ) | Judge Darrah |
| Jeff Weiner, | ) | |
| | ) | Mag. Judge Brown |
| Defendants. | ) | |

## MOTION FOR ENTRY OF FINAL JUDGMENT

Defendants by their attorneys, Victor F. Ciardelli of Ciardelli & Cummings and the Law Firm of Steve Ackerman, move this Court for entry of an Agreed Order disposing of this case and as grounds for this motion state as follows:

1. Following this Court's Memorandum and Opinion on summary judgment dated Sept. 3, 2008 and the setting of a pre-trial date of Jan. 22, 2009 and trial date of Feb. 2, 2009, the Parties engaged in discussions regarding resolution of this case.

2. Pursuant to written Stipulation, the Parties respectfully request the Court to enter as a final judgment in this case the Order attached to the Stipulation as Exhibit A.

3. The proposed order ends this litigation with a final judgment in the amount of $435,000 on Count I against Direct Furniture, LLC and on Count II against Brian Weiner, and dismisses with prejudice Counts III-VII against all parties.

WHEREFORE, Defendants respectfully request that the Court enter the Agreed Order.

                                            Respectfully Submitted,

                                            _____
                                            VICTOR F. CIARDELLI
                                            CIARDELLI & CUMMINGS
                                            19 W. Jackson Blvd., 3 rd Floor
                                            Chicago, IL. 60605
                                            9312) 346-2522

                                            STEVE ACKERMAN
                                            566 W. Adams Street, Suite 600
                                            Chicago, IL. 60661
                                            (312) 454-9300

                                            Attorneys For Defendants

Dated: November 20, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRN Payment Systems, | ) |
| | ) |
| Plaintiff, | ) No. 07 CV 0141 |
| | ) |
| Direct Furniture, LLC; Brian W. Weiner; | ) Judge Darrah |
| Jeff Weiner, | ) |
| | ) Mag. Judge Brown |
| Defendants. | ) |

## STIPULATION

This matter coming to be heard upon the agreement of the Parties; the Parties hereby stipulate as follows:

1. The Parties to this case hereby request that the Court enter the attached Agreed Order as a final order in this case (Exhibit A).

Respectfully Submitted,

_____
PETER G. SWAN
Emalfarb, Swan & Bain
440 Central Ave.
Highland Park, IL. 60035
(847) 432-6900

Attorney for Plaintiff

Dated: November 20, 2008

*[Signature]*

VICTOR F. CIARDELLI
CIARDELLI & CUMMINGS
19 West Jackson Blvd. Third Floor
Chicago, IL. 60604
(312) 346-2522

STEVE ACKERMAN
566 W. Adams St. #600
Chicago, IL. 60661
(312) 454-9300

Attorneys For Defendants

*[Signature]*

DIRECT FURNITURE, LLC, by its
Authorized Officer

*[Signature]*

BRIAN W. WEINER, Individually
1495 Prescott Drive
Volo, IL 60020

*[Signature]*

JEFFREY L. WEINER
10 Trafalgar Square, Unit 301
Lincolnshire, IL. 60069

Dated: November 20, 2008

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IRN Payment Systems, )
)
        Plaintiff, ) No. 07 CV 0141
)
Direct Furniture, LLC; Brian W. Weiner; ) Judge Darrah
Jeff Weiner, )
) Mag. Judge Brown
        Defendants. )

## AGREED ORDER

This matter coming to be heard upon the agreement of the Parties pursuant to written stipulation;

IT IS HEREBY ORDERED as follows:

1. A final judgment in the amount of $435,000. is entered on Count I in favor of IRN Payment Systems and against Direct Furniture. This judgment includes all damages, attorneys' fees, interest, and costs.

2. A final judgment in the amount of $435,000. is entered on Count II in favor of IRN Payment Systems and against Brian Weiner. This judgment includes all damages, attorneys' fees, interest, and costs.

3. Counts III-VII are dismissed with prejudice and without costs or attorneys' fees as to all parties.

4. Attorneys Victor F. Ciardelli and Steve Ackerman are granted leave of court to withdraw as counsel for Defendants.

5. The pre-trial date of Jan. 22, 2009 and trial date of Feb. 2, 2009 are vacated as moot.

_____
UNITED STATES JUDGE

Dated: _____



DEFENDANT'S EXHIBIT A

# CERTIFICICATE OF SERVICE

The undersigned states that on November 26, 2008 the above captioned document was mailed to the persons stated below by placing same in a duly stamped, sealed, and addressed envelope and depositing same in the US Mail at Dearborn and Jackson, Chicago, Illinois 60604 before the hour of 4:00 p.m.:

Peter Swan
Michael Cummings
Emalfarb, Swan & Bain
440 Central Avenue
Highland Park, IL. 60035

*Valerie Stelmachowski*
Valerie Stelmachowski
Legal Assistant